IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUNTRUST BANK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| GLS FLORIDA PROPERTY 2, LLC, | ) |
| NASHYORK, LLC, PETER MCKENNA, | ) |
| ESTATE OF JOSEPH FLOM, Roger S. Aaron, | ) Civil Action No. 3:11-cv-00829 |
| Earle Yaffa, and Ronald J. Weiss, co-executors, | ) |
| JASON FLOM, JAMES STROUD, HERBERT | ) |
| L. GRAHAM, GLENN W. JOHNSON, | ) |
| ELLIOT LEVINE, ELIZABETH YATES, | ) |
| DWIGHT WILES, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

Before this Court is plaintiff SunTrust Bank's ("STB") Motion to dismiss pursuant to Fed. R. Civ. P. 41, seeking to voluntarily dismiss with prejudice all claims asserted in this action against defendants **PETER MCKENNA, ESTATE OF JOSEPH FLOM, Roger S. Aaron, Earle Yaffa, and Ronald J. Weiss, co-executors, JASON FLOM, HERBERT L. GRAHAM, ELLIOT LEVINE, and ELIZABETH YATES** (the "Parties"). There being no just reason for delay, it is therefore ORDERED, DECREED, and ADJUDGED that

1. Defendants **PETER MCKENNA, ESTATE OF JOSEPH FLOM, Roger S. Aaron, Earle Yaffa, and Ronald J. Weiss, co-executors, JASON FLOM, HERBERT L. GRAHAM, ELLIOT LEVINE, and ELIZABETH YATES** are dismissed from the above-styled action with prejudice;

2. The Clerk of Court is hereby directed to remove the Parties from the case caption and from all future notices and mailing matrices; and

3. Costs of this action shall be taxed to Plaintiff.

THIS IS A FINAL ORDER.

SO ORDERED this 5th day of March, 2012.

                                                                      _____
                                                                      JULIET GRIFFIN
                                    Senior United States ~~Magistrate~~ District Judge

APPROVED FOR ENTRY BY:


s/ Ronald G. Steen, Jr.
Ronald G. Steen, Jr. (Sup. Ct. No. 020536)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
(615) 782-2280; Fax: (615) 742-7238
ronald.steen@stites.com
*Counsel for Plaintiff, SunTrust Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012 the foregoing proposed order was filed through the CM/ECF system and served electronically upon all Filing Users accepting Notice of Electronic Filing, and that a copy of the foregoing was served by United States First Class Mail, postage prepaid, upon:

| | | |
|---|---|---|
| John R. Jacobson<br>Riley Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203 | Robert H. Dietrick<br>Duane Morris LLP<br>505 9th Street, N.W., Ste 1000<br>Washington, DC 20004-2166 | John Unger<br>Bowen & Unger, PLC<br>47 Music Square East<br>Nashville, TN 37203 |
| Cynthia S. McKenzie<br>Anton L. Jackson<br>McKenzie Jackson, PLC<br>201 Fourth Ave North, Ste 1130<br>Nashville, TN 37219 | Elizabeth Hellmann<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Sara F. Reynolds<br>Steven E. Anderson<br>Anderson & Reynolds PLC<br>3100 West End Ave, Ste 225<br>Nashville, TN 37203 |
| William T. Ramsey<br>James R. Kelley<br>Stephen M. Montgomery<br>Neal & Harwell<br>150 4th Avenue North, Ste 2000<br>Nashville, TN 37219 | Steven E. Anderson<br>Anderson & Reynolds, PLC<br>3100 West End Avenue, Suite 225<br>Nashville, TN 37203 | Glenn W. Johnson<br>5620 West Avenue, Apt. 2204<br>Miami Beach, FL 33139 |

s/ Ronald G. Steen, Jr.
Ronald G. Steen, Jr.