IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUNTRUST BANK | ) |
| | ) |
| v. | ) |
| | ) No. 3-11-0829 |
| GLS FLORIDA PROPERTY 2, LLC; | ) |
| NASHYORK, LLC; PETER | ) |
| MCKENNA; ESTATE OF JOSEPH | ) |
| FLOM, Roger S. Aaron, Earle Yaffa, | ) |
| and Ronald J. Weiss, co-executors; | ) |
| JASON FLOM; JAMES STROUD; | ) |
| HERBERT L. GRAHAM; GLENN W. | ) |
| JOHNSON; ELLIOT LEVINE; | ) |
| ELIZABETH YATES; and DWIGHT | ) |
| WILES[1] | ) |

O R D E R

Pursuant to the orders entered January 13, 2012 (Docket Entry No. 57), and February 17, 2012 (Docket Entry No. 73), the initial case management conference was rescheduled to March 13, 2012, at which time plaintiff's counsel appeared, and represented that, within one working day after entry of the proposed agreed final judgment against defendants GLS Florida Property 2, LLC ("GLS") and NashYork, LLC ("NashYork") (Docket Entry No. 92), and the proposed order granting voluntary dismissal with prejudice of defendant Stroud (Docket Entry No. 93-1), the plaintiff will file a motion for dismissal without prejudice of the plaintiff's claims against defendant Johnson and for entry of a final judgment that would close this action in its entirety.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the proposed agreed final judgment against defendants GLS and NashYork (Docket Entry No. 92), and the unopposed motion for dismissal with prejudice of defendant Stroud (Docket Entry No. 93) and proposed order granting voluntary dismissal with prejudice of defendant Stroud

---

[1] By notice of voluntary dismissal filed September 28, 2011 (Docket Entry No. 33), and order entered September 29, 2011 (Docket Entry No. 34), the plaintiff's claims against defendant Wiles were dismissed with prejudice. By order entered March 6, 2012 (Docket Entry No. 91), the plaintiff's claims against defendants McKenna, the Estate of Joseph Flom, Aaron, Yaffa, Weiss, Flom, Graham, Levine and Yates were dismissed.

(Docket Entry No. 93-1),[2] and for his consideration of the plaintiff's motion for dismissal of defendant Johnson and entry of final judgment in this case, with a proposed order, to be filed within one working day of entry of the orders of final judgment against defendants GLS and NashYork and dismissal of defendant Stroud.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[2] Plaintiff's counsel represented that neither defendant Stroud nor any other defendants oppose this motion.