IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUNTRUST BANK, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 3:11-cv-829 |
| | )    Judge Nixon |
| GLS FLORIDA PROPERTY 2, LLC, | )    Magistrate Judge Griffin |
| NASHYORK, LLC, JAMES STROUD, | ) |
| GLENN W. JOHNSON, | ) |
|     Defendants. | ) |

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

Before this Court is plaintiff SunTrust Bank's ("STB") Motion to dismiss pursuant to Fed. R. Civ. P. 41, seeking to voluntarily dismiss with prejudice all claims asserted in this action against defendant **JAMES STROUD** ("Defendant"). There being no just reason for delay, it is therefore ORDERED, DECREED, and ADJUDGED that

1. Defendant **JAMES STROUD** is dismissed from the above-styled action with prejudice; and

2. Costs of this action shall be taxed to Defendant.

THIS IS A FINAL ORDER.

SO ORDERED this 1\_\_ day of March, 2012.

                                                                     Senior United States District Court Judge