IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SUNTRUST BANK,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:11-cv-829 |
| **GLS FLORIDA PROPERTY 2, LLC, NASHYORK, LLC, JAMES STROUD, GLENN W. JOHNSON,** | ) Judge Nixon<br>) Magistrate Judge Griffin |
| Defendants. | ) |

## AGREED FINAL JUDGMENT

As evidenced by the signatures of counsel below, Plaintiff SunTrust Bank ("Plaintiff" or "SunTrust"), Defendant GLS Florida Property 2, LLC ("GLS"), and Defendant NashYork, LLC ("NashYork," and together with GLS, the "Entities") have agreed to the entry of a final judgment in this matter AGAINST the Entities and IN FAVOR of Plaintiff. THE ENTITIES REPRESENT THAT THEY HAVE OBTAINED ADVICE OF COUNSEL AND THAT THEY ARE EXECUTING THIS AGREED JUDGMENT OF THEIR OWN FREE WILL AND WITHOUT DURESS OR COERCION.

IT IS ORDERED, ADJUDGED AND DECREED that a final judgment shall be and is hereby entered in Plaintiff's favor and against GLS and NashYork, jointly and severally, in the total amount of SIX HUNDRED THOUSAND AND 00/100 DOLLARS ($600,000.00), for which execution may issue, and bearing interest from the date of entry hereon at the statutory rate of interest for judgments; and

Each party to this action shall bear their own costs and attorney's fees.

**This is a final judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure, there being no just reason for delay.**

_____
Senior U.S. District Court Judge

By signing below the parties acknowledge their agreement with the terms contained in the Agreed Final Judgment.

s/Ronald G. Steen, Jr.
Ronald G. Steen, Jr.
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2280  Fax: (615) 742-7238
ronald.steen@stites.com
*Attorneys for Plaintiff SunTrust Bank*


s/Cynthia S. McKenzie
Cynthia S. McKenzie
McKenzie Jackson PLC
201 4th Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
cmckenzie@mckenziejacksonlaw.com
*Attorneys for GLS and NashYork*