**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SUNTRUST BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 3:11-cv-829** |
| | ) | **Judge Nixon** |
| **GLS FLORIDA PROPERTY 2, LLC,** | ) | **Magistrate Judge Griffin** |
| **NASHYORK, LLC, JAMES STROUD,** | ) | |
| **GLENN W. JOHNSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### ORDER GRANTING VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE AND FINAL ORDER IN THIS MATTER

Before this Court is plaintiff SunTrust Bank's ("STB") Motion to dismiss pursuant to Fed. R. Civ. P. 41, seeking to voluntarily dismiss without prejudice all claims asserted in this action against defendant **GLENN W. JOHNSON** ( "Defendant"), and for a final order in this matter.   There being no just reason for delay, it is therefore ORDERED, DECREED, and ADJUDGED that

1.      Defendant **GLENN W. JOHNSON** is dismissed from the above-styled action with prejudice;

2.      Costs of this action shall be taxed to Defendant; and

3.      All matters in the above-styled action are now concluded and this case is set to be closed.

THIS IS A FINAL ORDER

SO ORDERED this 21ˢᵗ day of March, 2012.

_____
Senior United States District Court Judge